IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMES JOHNNY JONES, )
)
         Petitioner, )
)
v. ) Case No. CIV-09-1231-R
)
MIKE ADDISON, Warden, )
)
         Respondent. )

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate Judge Gary M. Purcell [Doc. No. 7] and Petitioner's Response to the Report and Recommendation [Doc. No. 9]. The Report and Recommendation is ADOPTED.

Petitioner's motion for leave to proceed *in forma pauperis* [Doc. No. 2] is DENIED. The case will be dismissed unless Petitioner pays the entire filing fee by November 30, 2009. It is Petitioner's responsibility to arrange payment thereof from his prison savings account.

IT IS SO ORDERED this 23rd day of November, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE